```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DENISE ANN GARCIA, as administrator of the     :     11-Cv-1466 (SHS)
estate of James J. Healy, Jr., deceased,

                       Plaintiff,

        -against-                               ORDER

DUCHESS COUNTY, *ET AL.*,

                       Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

        A pretrial conference having been held today, with counsel for all parties present,

        IT IS HEREBY ORDERED that:

        1.       The joint pretrial order, proposed jury charges, any motions *in limine*, and, if the parties wish, proposed *voir dire* are due on or before September 11, 2015;

        2.       Responses to any motions *in limine* are due on or before September 18, 2015; and

        3.       The trial of this action will begin on Monday, October 5, 2015, at 9:30 a.m.

Dated:      New York, New York
              June 17, 2015

                                                          SO ORDERED:

                                                           /s/ Sidney H. Stein
                                                           Sidney H. Stein, U.S.D.J.