USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DENISE ANN GARCIA, as administrator of the : 11-Cv-1466 (SHS)
estate of James J. Healy, Jr., deceased,
   :
               Plaintiff,
   :
       -against-                             ORDER
   :
DUTCHESS COUNTY, *ET AL.*,
   :
               Defendants.
------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

   Pursuant to the Settlement Order signed on August 31, 2015,

   IT IS HEREBY ORDERED that the Clerk of Court is directed to close this action.

Dated:   New York, New York
         September 1, 2015

                                         SO ORDERED:

                                         _____
                                         Sidney H. Stein, U.S.D.J.