2581-0166/dmf

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DENISE ANN GARCIA, as Administrator of the Estate of
JAMES J. HEALY, JR., Deceased,

                        Plaintiff,

-against-

DUTCHESS COUNTY, DUTCHESS COUNTY SHERIFF'S
OFFICE and DEPUTY BENJAMIN SISTARENIK,

                        Defendants.
-----------------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE AND DISMISSAL PURSUANT TO RULE 41 (a)(1)**

11-CV-1466 (SHS)(JLC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties in the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed and discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:    Poughkeepsie, New York
             July 30, 2015

CERTAIN & ZILBERG, PLLC

By: _____
     Michael Zilberg
*Attorneys for Plaintiffs*
909 Third Avenue, 28th Floor
New York, NY 10022
Tel: (212) 687-7800

McCABE & MACK LLP

By: _____
     David L. Posner (0310)
*Attorneys for Defendants*
63 Washington Street
PO Box 509
Poughkeepsie, NY 12602-0509
Tel: (845) 486-6800

SO ORDERED:

_____
Hon. Sidney H. Stein

Dated: New York, NY
       August 8, 2015